IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRON THOMPSON,

    Petitioner,

v.                                                 CASE NO. 1:06-cv-00178-MP-AK

CHARLES CRIST, JR,
JAMES MCDONOUGH,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 39, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as untimely. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that the time for filing the instant petition had expired before Petitioner filed the postconviction motion in state court on May 3, 2004, and the filing of that motion could not toll a statute of limitations that had already expired. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *26th* day of September, 2007

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge